## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

vs.                      CASE NO. 4:05cr15-SPM

**LYNN YUE,**

       **Defendant.**

_____/

## O R D E R

       The pretrial services officer has provided me with a comprehensive report and has provided copies to counsel for the Government and Defendant.

       Abuse of prescription drugs is a criminal offense and is, *ipso facto*, a danger to the community. Abuse of drugs greatly increases the risk of nonappearance. A prediction of how well Defendant will respond to inpatient treatment is essential to a determination of whether the condition of inpatient treatment will reasonably assure the presence of Defendant for trial and the safety of the community.

       Defendant has had opportunities to comply with court orders and has not done so. Even after being arrested in January, she continued to commit criminal offenses

involving prescription medications. Thus, this particular defendant is at significant risk for failing to complete a treatment program.

The budget for pretrial drug treatment is very limited, and should be directed where it will be most effective in helping the greatest number of defendants stay at liberty pending trial. While there are several inpatient treatment programs that may be available for a cost of $15,000 or less, incurring this much cost here will substantially deplete the remaining funds for such programs in this district for the rest of the fiscal year.

Defendant testified that she is addicted to prescription medications, but represented that she was not currently abusing them. The risk of drug abuse pending trial is great for a person who is addicted to prescription medications, given the emotional trauma that is inevitable before trial. Defendant's husband advised the pretrial services officer that he is not aware that Defendant has any drug problem. Either this is untrue or it reflects a lack of appreciation for Defendant's problem. Either way, it means that Defendant's husband cannot be relied upon to assist Defendant to overcome her need to abuse prescription drugs.

Accordingly, it is **ORDERED** that the detention order previously entered has been reconsidered and will not be altered.

**DONE AND ORDERED** on April 21, 2005.

    s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**