IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 4:05cr15-SPM

LYNN YUE,

        Defendant.
_____/

### ORDER TO INCLUDE PRETRIAL SERVICES REPORT IN RECORD

This cause comes before the Court on Defendant Lynn Yue's Motion for Filing and Transmittal of Pretrial Services Report (doc. 26), through which she requests the filing of the pretrial service report, under seal, and inclusion of the pretrial services report as part of the record on appeal. The motion is unopposed by the Government, supported by good cause, and authorized by Federal Rule of Appellate Procedure 10(e). Accordingly, it is

ORDERED AND ADJUDGED that the motion (doc. 26) is granted. The clerk shall file the pretrial services report under seal and include the pretrial services report as part of the record on appeal.

DONE AND ORDERED this 1st day of June, 2005.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge