IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 4:05cr15-SPM

LYNN YUE,

       Defendant.
_____/

## ORDER ON RESTITUTION

Pursuant to the Joint Stipulation Concerning Restitution (doc. 107), it is

ORDERED AND ADJUDGED that Defendant shall pay restitution to:

1.    American Express, P.O. Box 297882, Ft. Lauderdale, Florida, 33329-7852 in the amount of $41,095.84, and

2.    Dr. Karen Chason in the amount of $5,040.

DONE AND ORDERED this 6th day of January, 2005.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge