UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                                    4:05cr15-01

LYNN YUE
_____/

WRIT OF ATTACHMENT

In consideration of the orders of restitution entered in this case and the request by the United States of America for an writ of attachment and finding good cause therefor,

IT IS HEREBY ORDERED that the United States Marshal Service shall levy upon the property listed below which is in the custody of the Tallahassee Police Department, 234 East 7th Avenue, Tallahassee, Florida 32303 and provide said custodian with a copy of this Writ.

IT IS FURTHER ORDERED that the United States Marshal Service shall serve a copy of the Writ upon the debtor, Lynn Yue, Bureau of Prisons number 11919-017, whose last known address was the Tallahassee Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida 32301.

IT IS FURTHER ORDERED that the United States Marshal Service shall return the Writ to the Court within five days of the levy with an endorsement of the action thereon.

The property subject to levy with this Writ are as follows:

Princess wall handing
shadowbox purse picture
Canon FL-8M compact flask card

Coldwater Creek pink sweat pants and top
Coldwater Creek teal velour pants, top and jacket
Coldwater Creek light blue pants and top
Coldwater Creek maroon velour dress and jacket
After Dark black velour skirt
Bloomingdale pink skirt and jacket
Bloomingdale black skirt and jacket
Bloomingdale red pants and jacket
Victoria's Secret tan bra
Coach gold purse
BC pair pink girl's shoes
Coach pink purse
assorted clothing used as a gift (item 48)
Coach pair brown boots
Dooney Bourke white purse
Abercrombie jeans, size 0
BC girls black/purple shoes
Banana Republic black skirt, size 2
Ann Taylor pink blouse, size 2
Ann Taylor black sweater set, size 5
Coach black purse
Coach mahogany boots
Gap kids clothing
Victoria's Secret pair black lace high heeled shoes
Ann Taylor black and white jacket, size 4
Express light green sweater, size XS
Banana Republic sheer black shirt, size XS
black cachet jacket, size S (item 371)
Banana Republic black knee high socks
Bohemian bed skirt
Coach purple purse
Coach gold and brown purse
Coach pink wallet
Toshiba satellite laptop
IBM hard drive (item 1)
Hewlett-Packard Photosmart 7660 printer
Dell CPU
compact discs (item 446)
black nylon tool bag
one green pillow and two pink pillows (item 251)
purple pillow sham
pink floor pillow
curtain with rod and bracket
purple lounge pillow
purple bed pillows

purple comforter and bed skirt
Kirklands rainbow curtain
white wardrobe (item 280)
white bookshelf
white straight back chair
white saucer chair
bunk bed with mattresses and bunk box springs (item 290)
pink pillows and princess pillow
white desk
white twin bed
Bombay full sheet set - Bohemian chic
Wamsutta black king size fitted sheet
three tier floor lamp
Princess pillows
Princess sheet set
large pink rugs
Princess comforters
Princess folding stool
three pink and three purple wicker baskets
Princess curtain and rod
pink lamp
pink curtain accessories
Kirkland purse lamp
Victoria's Secret red comforter and sheet
Victoria's Secret red pillow cases
Victoria's Secret red pillows
woman's gold tone ring with white (item 40)
Woman's gold tone ring with yellow (item 41)
Silver tone diamond necklace (item 243)
Ring, silver tone flower design (item 45)
Gold tone bangle bracelet (item 244)
Coach black watch with box (item 374)
Versace brown sunglasses
Chanel eyeglasses (item 202)
Princess picture frame
Princess jewelry box
pink and purple hanging lights
white netting
night light (item 258)
Victoria's Secret four piece (item 261)
pink hanging light (item 284)
multi-color light set (item 285)
Princess frame
Princess music box
pink and white wooden letters

frog night light
Dior sunglasses (item 301)
Dior sunglasses (item 302)
yellow notebook with victim's phone (item 303)
pink netting
pink seat cushion
Princess mirror
Bombay kids bags (item 360)
red shoe photo album
miscellaneous paperwork (item 380)
date books (item 381)
miscellaneous receipts (item 386)
hardware for pink Princess beds
Princess jewelry box with drawer
Coach brown eyeglass case
Versace brown eyeglasses (item 220)
Altec Lansin headphones
audio taped interview (item 423)
Audiovox DVD player
JVC television
Polaroid portable DVD player (item 263)


DONE and ORDERED this 11th day of June, 2007.


    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

<u>Marshal's Return</u>

On _____, 2007, at _____ (time), the above described items, less the items listed below, were attached at the Tallahassee Police Department, 234 East 7th Avenue, Tallahassee, Florida 32303. The items attached are currently being held at _____ .

On _____, 2007, the debtor was served with a copy of the Writ of Attachment.

The following items were not attached as they could not be located or were not adequately described to permit attachment:

| | |
|---|---|
| _____ | _____ |
| Date | Deputy United States Marshal<br>or other representative. |